# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143445

DAWN L. GARDNER,
      Plaintiff-Appellee,

v

FERNDALE LABORATORIES, INC. and ST.
PAUL GUARDIAN INSURANCE COMPANY,
      Defendants-Appellants.

SC: 143445
COA: 300487
WCAC: 07-000286

_____/

     On order of the Court, the application for leave to appeal the June 9, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2011

Clerk

t1130